IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,                         ORDER

       v.                                    04-CR-126-C-01

CARL W. CARTER,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In the order entered on February 11, 2010, the following correction is made:

On page 4, the first paragraph is amended to read as follows:

IT IS ORDERED that the period of supervised release imposed on defendant on April 18, 2005, is REVOKED and defendant is committed to the custody of the Bureau of Prisons for a term of *five* months. No term of supervised release shall follow the term of imprisonment.

In all other respects, the order remains as entered.

Entered this 12th day of February, 2010.

                                                BY THE COURT:
                                               /s/
                                               BARBARA B. CRABB
                                               District Judge